### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOM G. BALLAS and <br> RON C. PERKINS, <br><br> Plaintiffs, <br><br> vs. <br><br> CHICKASAW NATION <br> INDUSTRIES, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-13-1094-D <br> ) <br> ) <br> ) <br> ) <br> ) |

### **JUDGMENT**

Pursuant to the Order granting Defendants' Motions for Summary Judgment, judgment is hereby entered in favor of Defendants and against Plaintiffs.

Entered this 23rd day of June, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE